# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERTO DUARTE, JR.,                    )    Case No. SACV 13-1231-R (JEM)
                                        )
                     Petitioner,        )
                                        )    ORDER ACCEPTING FINDINGS AND
          v.                            )    RECOMMENDATIONS OF UNITED
                                        )    STATES MAGISTRATE JUDGE
J. SOTO, Warden,                        )
                                        )
                     Respondent.        )
                                        )

        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.[1]

///
///
///
///

_____

[1]  To the extent Petitioner seeks an evidentiary hearing (see Reply at 2), Petitioner's request is denied.  The United States Supreme Court has held that federal habeas review under 28 U.S.C. § 2254(d)(1) "is limited to the record that was before the state court that adjudicated the claim on the merits." Cullen v. Pinholster, 131 S. Ct. 1388, 1398 (2011).  Moreover, an evidentiary hearing is not warranted where, as here, "the record refutes the applicant's factual allegations or otherwise precludes habeas relief."  Schriro v. Landrigan, 550 U.S. 465, 474 (2007).

1    IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and

2    (2) Judgment shall be entered dismissing the action with prejudice.

3

4

5    DATED: January 23, 2015

6    _____

7                        MANUEL L. REAL
                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28